Benjamin I. Whipple
1150 South Colony Way
Palmer, Alaska 99645
907-745-1776

Attorney for Plaintiffs

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT PALMER

Erica Tolliver and Wade )
Tolliver, individually )
and as parents of Terra )
Tolliver, )
                               )
      Plaintiffs, )
                               )
v. )
                               )
First Student, Inc., )
                               )
      Defendant. )
                               ) Case No. 3PA-17-2103 CI

## COMPLAINT
(A.S. § 28.35.045)

COME NOW plaintiffs Erica Tolliver and Wade Tolliver, individually, and as parents of Terra Tolliver, through counsel, and for their complaint against defendant First Student, Inc. allege on information and belief as follows:

1. Plaintiffs are residents of the State of Alaska, Third Judicial District. Erica Tolliver and Wade Tolliver are wife and husband and the parents and legal custodians of Terra Tolliver.

2. Defendant First Student, Inc. is a corporation

Ben Whipple
Attorney
1150 S Colony Way
Palmer, AK 99645
907-745-1776
Fax: 745-1775

COMPLAINT
TOLL-PLE.001
3PA-17-   CI

1

EXHIBIT A
Page 1 of 4

Case 3:18-cv-00004-HRH   Document 1-1   Filed 01/05/18   Page 1 of 4

formed under the laws of the State of Delaware, with principal headquarters in Cincinatti, Ohio, and which does business in the State of Alaska.

3. The events complained of herein occurred within the Third Judicial District of the State of Alaska.

4. On or around August 27, 2015 plaintiff Erica Tolliver was travelling westbound in a family van on the Palmer Wasilla Highway west of Palmer, Alaska in a safe and lawful manner. Her two-year-old daughter Terra was buckled in a safety seat in the seat behind her.

5. School bus driver Samantha McKown negligently operated a school bus on behalf of defendant First Student, Inc. on the highway behind plaintiffs Erica Tolliver and Terra Tolliver. When Ms. Tolliver slowed and stopped for a vehicle ahead that was turning left, Ms. McKown failed to stop the school bus. The bus therefore collided with the vehicle driven by Ms. Tolliver.

6. The vehicle driven by Ms. McKown was registered to First Student, Inc.

7. Ms. McKown was an employee of defendant First Student, Inc. at the time of the collision. Ms. McKown, while driving the bus, was acting within the course and scope of her employment. Defendant First Student, Inc. is therefore vicariously liable for Ms. McKown's negligence.

8. Alternatively, Ms. McKown was an independent contractor for defendant First Student, Inc. at the time of the collision and defendant First Student, Inc. retained control over the hiring, training and actions of its driver, including her negligent driving.

Ben Whipple
Attorney
1150 S Colony Way
Palmer, AK 99645
907-745-1776
Fax: 745-1775

COMPLAINT
TOLL-PLE.001
3PA-17-     CI

2

EXHIBIT A
2 of 4

Case 3:18-cv-00004-HRH   Document 1-1   Filed 01/05/18   Page 2 of 4

9. Defendant had a common law and statutory duty to plaintiffs to have its driver abide by the driving laws of the State of Alaska and thus avoid conduct that would with reasonable foreseeability result in harm to plaintiffs.

10. Defendant breached its duties to plaintiffs by driving, through its operator, in a negligent manner and in violation of the driving laws of the State of Alaska, including, but not limited to A.S. § 28.35.045.

11. As a direct and proximate result of defendant's negligence, a collision occurred in which plaintiffs Erica Tolliver and Terra Tolliver sustained injuries and which caused severe pain and emotional distress. Plaintiff Wade Tolliver suffered loss of consortium through the injuries inflicted on his wife and daughter.

12. The purpose in adopting the driving regulations defendant violated was to prevent or reduce the hazard of the injuries plaintiffs suffered.

13. For failing to drive lawfully defendant is also liable to plaintiffs on a theory of negligence *per se*.

14. Plaintiff Wade Tolliver also lost wages as a result of the added family care required by the injuries to his family.

15. Plaintiffs' damages exceed $100,000, within the jurisdiction of this Court.

Ben Whipple
Attorney
1150 S Colony Way
Palmer, AK 99645
907-745-1776
Fax: 745-1775

COMPLAINT
TOLL-PLE.001
3PA-17-      CI

3

EXHIBIT A
3 of 4

Case 3:18-cv-00004-HRH   Document 1-1   Filed 01/05/18   Page 3 of 4

WHEREFORE, plaintiffs pray for relief from this Court, as follows:

1. For compensatory damages in an amount to be proved at trial, including past and future medical expenses, rehabilitational expenses, support for daily living expenses, loss of enjoyment of life, pain and suffering and lost wages;

2. For reasonable attorney's fees and costs of suit incurred herein; and

3. For such other and further relief as the Court deems proper.

DATED this 22nd day of August 2017.

By _____
Benjamin I. Whipple
Alaska Bar # 9311096
Attorney for Plaintiffs

Ben Whipple
Attorney
1150 S Colony Way
Palmer, AK 99645
907-745-1776
Fax: 745-1775

COMPLAINT
TOLL-PLE.001
3PA-17-       CI

4

EXHIBIT A
Page 4 of 4

Case 3:18-cv-00004-HRH   Document 1-1   Filed 01/05/18   Page 4 of 4